

100 WALL STREET
SUITE 700
NEW YORK, NEW YORK 10005
Tel:  (212) 858-7769
Fax:  (212) 858-7543
ManningKass.com

LEE PINZOW

May 1, 2025

VIA ECF

Hon. Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**    *Allstate Ins. Co. et al v. Pharmacy on Grand Inc. et al.*, **24-cv-6578 (AMD)(TAM)**

Dear Judge Donnelly:

We represent Plaintiffs in the above-referenced matter and write jointly with counsel for Defendants pursuant to the Court's April 1, 2025 Order to apprise the Court concerning the status of settlement discussions between the parties. In that regard, since the parties informed the Court that they reached an agreement in principle to resolve this matter, the parties have exchanged a draft written agreement, are working toward finalizing the terms of the agreement, and need additional time to complete the settlement. The parties anticipate that the written agreement will be fully executed and the settlement complete within the next thirty (30) days.  Upon completion of the settlement, Plaintiffs will promptly file a Stipulation of Voluntary Dismissal concerning the named Defendants and Notice of Voluntary Dismissal for the John Doe and ABC Corporation Defendants.

We thank the Court for its attention to this matter.

Respectfully Submitted,

**MANNING & KASS, ELLROD, RAMIREZ,
    TRESTER LLP**

/s/ Lee Pinzow
Lee Pinzow, Esq.

**DALLAS**
4825-3331-0269.3
901 Main Street, Ste 6530
Dallas, TX 75202
(214) 953-7669

**LOS ANGELES**
801 S. Figueroa St, 15th Floor
Los Angeles, CA 90017
(213) 624-6900

**ORANGE COUNTY**
695 Town Center Dr., Ste 400
Costa Mesa, CA 92626
(949) 440-6690

**PHOENIX**
2700 N. Central Ave., Ste 870
Phoenix, AZ 85004
(602) 313-5469

**SAN DIEGO**
225 Broadway, Suite 1200
San Diego, CA 92101
(619) 515-0269

**SAN FRANCISCO**
101 Montgomery Street, Suite 2550
San Francisco, CA 94104
(415) 217-6990